Luther B. Matthews
P.O.BOX 075
Olongapo City Post Office
2200 Olongapo City
Philippines
Telephone: 011-63-47-224-7391



# District Court of Guam

## Territory of Guam

| | |
|---|---|
| Plaintiff,<br>**Luther B. Matthews**<br><br>Vs.<br>Defendant.<br>**The General Counsel**<br>**Social Security Administration**<br>**Room 617 Altmeyer Building**<br>**6401 Security Boulevard**<br>**Baltimore, MD 21235** | Civil Case No.: **04-00015**<br><br>COMPLAINT |

This complaint is before the district Court of Guam.

This court has jurisdiction over this matter statute ..... Title 42, 1383(c) of the United States Code.

In according with the Federal Rules of Civil Procedure, Rule 8(a), General Rules of Pleading. At This time, I am seeking a demand for judgment for relief. Due to the fact that I am an "older 52" (contrary to a "younger individual age 45-49" within the meaning of regulations) as stated in Social Security's letter dated May 31, 2002 from the Administrative Law Judge(Henry Thai). Such is My complaint.

**ORIGINAL**

At this time I am demanding a review of all previous medical evidence submitted and new medical

And administrative material that is pertinent to my disability case(such as material from any and

All other U.S. government agencies that have examined me) . Such is my demand .

March 18, 2004

*[signature: Luther B. Matthews]*

Luther B. Matthews
P.O. Box 075
Olongapo City Post Office
2200 Olongapo City
Philippines
Ph: 011-63-47-224-7391

# UNITED STATES DISTRICT COURT

District of Guam

LUTHER B. MATTHEW V. THE GENERAL COUNSEL SOCIAL SECURITY ADMINISTRATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04-00015**

TO: (Name and address of Defendant)

THE GENERAL COUNSEL
THE SOCIAL SECURITY ADMINISTRATION
ROOM 617 ALTMEYER BLDG.
6401 SECURITY BLVD
BALTIMORE, MARYLAND 21235

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

MAR 18 2004

CLERK           DATE

/s/ Walter M. Tenorio

(By) DEPUTY CLERK

ACKNOWLEDGED RECEIPT

By: _L.B. Matthew_
Date: _3-18-04_

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                          Signature of Server

                                       _____
                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.